

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 3:11-cr-00012-22 |
| ) | Senior Judge Wiseman |
| ALTO PARNELL ) | |

## DEFENDANT PARNELL'S MOTION TO ADOPT
## ALL APPLICABLE MOTIONS OF CO—DEFENDANTS

Defendant, Alto Parnell ("Parnell"), respectfully requests that this Honorable Court allow him to adopt all applicable motions of his co-defendants. In support of this Motion, Parnell states as follows:

1. This case involves numerous defendants and a multi-count indictment.

2. Out of caution, and in the interest of judicial economy, Parnell wishes to adopt the motions of his co-defendants that are applicable to Parnell.

Respectfully submitted,

/s/ John P. Cauley
John P. Cauley, Attorney
414 Bridge Street
Franklin, TN 37064
(615) 790-2426
john@johncauley.com

### CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2012, a copy of the foregoing was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, namely Assistant U.S. Attorney Sunny A. M. Koshy, 110 9th Avenue South, Suite A-961, Nashville, TN 37203, along with all other