8cW a Ybh ̧ , ) $ ̇]g ̇8 9 B=9 8 ̇Ⓩf ̇ìYˋdfYgYbhˋk ]ìhˋ`YˋjY ̇ìc ̇fYbYk ˋUg ̇ìhˋY ̇WUgY ̇dfcWYYXg"

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:11-cr-00012-22 |
| | ) | Senior Judge Wiseman |
| ALTO PARNELL | ) | |

## MOTION FOR SEVERANCE OF DEFENDANTS AND INCORPORATED MEMORANDUM OF LAW

Defendant, Alto Parnell ("Parnell"), by and through his undersigned counsel, and pursuant to Federal Rules of Criminal Procedure 8(a)&(b), 12(b) and 14, hereby respectfully moves the Court for an Order severing Mr. Parnell (22) from all of the remaining defendants (1-21, 23-28) charged in the indictment. (DE 202) In support of this Motion, Parnell states as follows:

The indictment charges 28 individuals with conspiracy to distribute and possess with intent to distribute: (1) "500 grams or more of . . . [powder] cocaine;" and, "280 grams or more of . . . cocaine base [crack]."*Id.* The indictment simply recites a series of drug transactions and the dates on which they allegedly took place. The indictment fails to explain the connection between those individual transactions and those defendants not directly charged with it. As a result he Defendants are not property joined pursuant to Fed.R.Crim.P. 8(b) (defendants may be charged in the same indictment if they are alleged to have participated in the same act constituting an offense).