# IN THE CRIMINAL/CIRCUIT COURT OF MONTGOMERY COUNTY, TENNESSEE

| | | |
|---|---|---|
| Case Number: **40500202** | Count#: **1** | Attorney for the State: C. Daniel Brollier |
| Judicial District **19** | Judicial Division **II** | Counsel for Defendant: Timothy Wallace |

**State of Tennessee**

☒ Retained  ☐ Appointed  ☐ Public Defender

v.

Defendant: **ALTO PARNELL III**   Alias: 05 JUL 21 AM 7:57

Date of Birth **04/01/1982**  Sex **M**  Race **Black**   SSN **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**

Indictment Filing Date / /   TDOC #   TBI Document Control #

## JUDGMENT

Comes the District Attorney General for the State and the defendant with counsel of record for entry of judgment.

On the **18th** day of **July** , **2005** , the defendant:

| | |
|---|---|
| ☒ Pled Guilty  ☐ Dismissed/Nolle Prosequi<br>☐ Nolo Contendere  ☐ Retired/Unapprehended Defendant<br>☐ Guilty Plea - Pursuant to 40-35-313<br><br>Is found:  ☒ Guilty  ☐ Not Guilty<br>☐ Jury Verdict  ☐ Not Guilty by Reason of Insanity<br>☐ Bench Trial | Indictment: Class(circle one) 1st A Ⓑ C D E  ☒ Felony ☐ Misdemeanor<br>Offense SALE OF A CONTROLLED SUBSTANCE, >.5 GM. COCAINE<br>Amended Charge<br>Offense date **12/16/2004**  County **Montgomery**<br>Conviction offense SALE OF A CONTROLLED SUBSTANCE, >.5 GM. COCAINE<br>TCA#: **39-17-417**  Sentence-imposed date **07/18/2005**<br>Conviction: Class(circle one) 1st A Ⓑ C D E  ☒ Felony ☐ Misdemeanor |

After considering the evidence, the entire record, and all factors in T.C.A. Title 40, Chapter 35, all of which are incorporated by reference herein, the Court's findings & rulings are:

### Sentence Reform Act of 1989

| Offender Status (Check One) | Release Eligibility (Check One) | Concurrent with: | Pretrial Jail Credit Period(s): |
|---|---|---|---|
| ☐ Mitigated<br>☒ Standard<br>☐ Multiple<br>☐ Persistent<br>☐ Career<br>☐ RepeatViolent | ☐ Mitigated 20%  ☐ Multiple Rapist 100%<br>☐ Mitigated 30%  ☐ Child Rapist 100%<br>☒ Standard 30%  ☐ Repeat Violent 100%<br>☐ Multiple 35%<br>☐ Persistent 45%   ☐ 1st Degree Murder<br>☐ Career 60%    ☐ School Zone<br>☐ Violent 100%   ☐ Gang Related | <br><br><br>**Consecutive to:** | From / / to / /<br>From / / to / /<br>From / / to / /<br>From / / to / / |

| | |
|---|---|
| Sentenced to:  ☐ TDOC  ☐ County Jail  ☐ Workhouse | |
| Sentenced Length: ___ Years ___ Months ___ Days ___ Hours ___ Week-ends  ☐ Life ☐ Life w/out Parole ☐ Death | |
| Mandatory Minimum Sentence Length ( 39-17-417, 39-13-513, 39-13-514 in School Zone or 55-10-401 - DUI 4th Offense) | |
| Period of Incarceration to be Served Prior to Release on Probation ___ Months ___ Days ___ Hours ___ Weekends | |
| Minimum service prior to eligibility for work release, furlough, trusty status and rehabilitative programs: ___ % (Misdemeanor Only) | |
| Alternative Sentence:  ☐ Probation  ☐ Diversion  ☒ Community Based Alternative- Specify **COMMUNITY CORRECTIONS** | |
| **8** Years ___ Months ___ Days Effective: | |

| Court Ordered Fees and Fines | | Restitution: Victim Name |
|---|---|---|
| $ ___ Criminal Injuries Compensation Fund | | Address |
| $ ___ Sex Offender Tax | | |
| $ ___ Court Costs | Cost To Be Paid By | |
| $ **2000.00** Fine Assessed | ☒ Defendant ☐ State | Total Amount $ ___ Per Month $ ___ |
| $ ___ Other: | | ☐ Unpaid Community Service ___ Hours ___ Days ___ Months |

☒ The Defendant having been found guilty is rendered infamous and is ordered to provide a biological specimen for the purpose of DNA analysis.
☐ Pursuant to 39-13-524 the defendant is sentenced to community supervision for life following sentence expiration.

Special Conditions:
AS PER COMMUNITY CORRECTIONS ORDER
COURT COSTS ARE WAIVED WHILE DEFENDANT IS IN SCHOOL
COUNT 2 DISMISSED IN SETTLEMENT

STATE OF TENNESSEE, MONTGOMERY COUNTY
I, CHERYL J. CASTLE, DO HEREBY CERTIFY THAT
THE FOREGOING IS A TRUE AND CORRECT COPY OF THE
ORIGINAL INSTRUMENT ON FILE IN THIS CASE.
THIS THE 25 DAY OF SEP, 20 ___
CHERYL J. CASTLE, CIRCUIT COURT CLERK AND
GENERAL SESSIONS COURT CLERK
BY: ___ D.C.

| | | |
|---|---|---|
| **Michael R. Jones** | | **07/18/2005** |
| Judge's Name | Judge's Signature | Date of Entry of Judgment |
| | Attorney for State/Signature (optional) | Defendant's Attorney/Signature (optional) |

CR-3419 (Rev. 3/03)

RDA 1167

# IN THE CRIMINAL/CIRCUIT COURT OF

Montgomery    **COUNTY,**

| | | | |
|---|---|---|---|
| Case Number: | 40501178 | Count# | 1 |

Attorney for the State    HELEN O YOUNG

| | | | |
|---|---|---|---|
| Judicial District: | 19th | Judicial Division: | II |

Counsel for Defendant    TIMOTHY R. WALLACE

**...ate of Tennessee**

☐ Retained ☑ Appointed ☐ Public Defender

Defendant: ALTO PARNELL     Alias:

| | | | |
|---|---|---|---|
| Date of Birth: | 4/1/1982 | Sex: M | Race: Black |

SSN: 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

| | |
|---|---|
| Indictment Filing Date: | 12/6/2005 |

TDOC #

TBI Document Control ID
FILED

**JUDGMENT**

513 2006 11:12 A.M./P.M.

CHERYL J. CASTLE, CLERK
CIRCUIT COURT CLERK

BY: _____ D.C.

**Comes the District Attorney General for the State and the defendant with counsel of record for entry of judgment.**

On the 3rd day of May, 2006, the defendant:

| | | |
|---|---|---|
| ☑ Pled Guilty | ☐ Dismissed/Nolle Prosequi | |
| ☐ Nolo Contendere | ☐ Retired/Unapprehended Defendant | |
| ☐ Guilty Plea – Pursuant to 40-35-313 | | |

Indictment: Class (circle one)   1ˢᵗ A B **C** D E    ☑ Felony ☐ Misdemeanor

Offense: **SCHEDULE II DRUGS: COCAINE/METH <1/2 GRAM**

Amended Charge:

| | |
|---|---|
| Is found: ☑ Guilty ☐ Not Guilty | |
| ☐ Jury Verdict | ☐ Not Guilty by Reason of Insanity |
| ☐ Bench Trial | |

Offense Date: 6/4/2006 6-2003    County: Montgomery

Conviction Offense: **SCHEDULE II DRUGS: COCAINE/METH <1/2 GRAM**

Is this conviction offense methamphetamine related? ☐ Yes ☑ No

TCA #: **39-17-417(C)**    Sentence Imposed Date: **5/3/2006**

Conviction: Class (circle one)   1ˢᵗ A B **C** D E    ☑ Felony ☐ Misdemeanor

After considering the evidence, the entire record, & all factors in T.C.A. Title 40 Chapter 35, all of which are incorporated by reference herein, the Court's findings & rulings are:

### Sentence Reform Act of 1989

| Offender Status (Check One) | Release Eligibility (Check One) | Concurrent with: | Pretrial Jail Credit Period(s): |
|---|---|---|---|
| ☐ Mitigated | ☐ Mitigated 20%   ☐ Multiple Rapist 100% | | From 1/13/2006 to 1/13/2006 |
| ☑ Standard | ☐ Mitigated 30%   ☐ Child Rapist 100% | | |
| ☐ Multiple | ☑ Standard 30%   ☐ Repeat Violent 100% | | From _____ to _____ |
| ☐ Persistent | ☐ Multiple 35%   ☐ 1ˢᵗ Degree Murder | **Consecutive to:** | |
| ☐ Career | ☐ Persistent 45%   ☐ School Zone | 40500202 | From _____ to _____ |
| ☐ Repeat Violent | ☐ Career 60%   ☐ Gang Related | | |
| | ☐ Violent 100% | | From _____ to _____ |

**Sentenced To:** ____ TDOC   ____ County Jail   ☐ Workhouse

**Sentence Length:** ____ Years ____ Months ____ Days ____ Hours ____ Weekends ☐ Life ☐ Life w/out Parole ☐ Death

Mandatory Minimum Sentence Length: ____ 39-17-417, 39-13-513, 39-13-514 in School Zone *or* ____ 55-10-401 DUI 4ᵗʰ Offense

Period of incarceration to be served prior to release on probation: ____ Months ____ Days ____ Hours ____ Weekends

Minimum service prior to eligibility for work release, furlough, trusty status and rehabilitative programs: ____ % (Misdemeanor Only)

**Alternative Sentence:** ☐ Probation ☐ Diversion ☑ Community Based Alternative - Specify <u>COMMUNITY CORRECTIONS</u>

   6 Years ____ Months ____ Days    Effective: 5/3/2006

| Court Ordered Fees and Fines: | Restitution: Victim Name |
|---|---|
| $ ____   Criminal Injuries Compensation Fund | Address _____ |
| $ ____   Sex Offender Tax | |
| $ ____   Court Costs    **Cost to be Paid by** | Total Amount $ ____   Per Month $ ____ |
| $ 2,000.00   Fine Assessed   ☑ Defendant ☐ State | |
| $ ____   Other: ____ | ☐ Unpaid Community Service: ____ Hours ____ Days ____ Weeks ____ Months |

☑ The Defendant having been found guilty is rendered infamous and ordered to provide a biological specimen for the purpose of DNA analysis.

**Special Conditions**    ☐ Pursuant to 39-13-524 the defendant is sentenced to community supervision for life following sentence expiration.

**AS PER STATE PROBATION ORDER (2) COUNT 2 DISMISSED IN SETTLEMENT**

STATE OF TENNESSEE, MONTGOMERY COUNTY

I, CHERYL J. CASTLE, CLERK, CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT COPY OF THE ORIGINAL INSTRUMENT ON FILE IN THIS CASE. THIS THE 23 DAY OF SEPT, 20 11.

CHERYL J. CASTLE, CIRCUIT COURT CLERK AND GENERAL SESSIONS COURT CLERK

BY: _____ D.C.

| | | |
|---|---|---|
| Michael R Jones | _(signature)_ | 5/3/2006 |
| Judge's Name | Judge's Signature | Date of Entry of Judgment |
| _(signature)_ | | |
| Attorney for State/Signature (optional) | Defendant's Attorney/Signature (optional) | |

CR-3419 (Rev. 3/03)    White – Criminal Court Clerk    Canary – TN Dept. of Correction/SMS    Pink – AOC    Goldenrod – Jail    RDA 1167

DA ✓
Jail ✓