UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 3:11-00012-22 |
| v. | ) | Judge Sharp |
| | ) | |
| ALTO PARNELL | ) | |
| | ) | |

**O R D E R**

Pending before the Court are several motions (Docket Nos. 1342, 1343, 1344, 1346 and 1347) filed by Defendant pro se.

Defendant Parnell is represented by John P. Cauley. The above reference motions are DENIED without prejudice to filing by Defendant's counsel.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE