*Kevin H. Sharp* (signature)

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | No. 3:11-cr-00012-22 |
| ) | Judge Kevin Sharp |
| **ALTO PARNELL** ) | |

## MOTION TO EXTEND THE DEADLINE FOR FILING POST-TRIAL MOTION FOR JUDGMENT OF ACQUITTAL NOTWITHSTANDING THE VERDICT AND MOTION FOR NEW TRIAL

COMES NOW Defendant Alto Parnell, by and through his undersigned counsel, and respectfully requests that this Honorable Court extend the deadline for filing a Motion for Judgment of Acquittal Notwithstanding the Verdict and also a Motion for New Trial until and including September 23, 2013. In support hereof, Defendant Parnell states as follows:

1. On August 23, 2013, the jury returned verdicts in this case following a 3 week jury trial. Defendant Parnell intends to file a Motion for Judgment of Acquittal Notwithstanding the Verdict and also a Motion for New Trial. Pursuant to Rules 29 and 33 of the Federal Rules of Criminal Procedure, these Motions are due to be filed September 6, 2013.

2. Undersigned counsel is a sole practitioner, and since the verdict, has been somewhat overwhelmed by the demands of other aspects of his practice.

3. Undersigned counsel believes that extending the filing deadline until and including September 23, 2013 will provide sufficient time, and therefore, requests that the