*Kevin H. Sharp (signature)*

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 3:11-cr-00012-22 |
| ) | Judge Kevin Sharp |
| ALTO PARNELL ) | |

## *SECOND* MOTION TO EXTEND THE DEADLINE FOR FILING POST-TRIAL MOTION FOR JUDGMENT OF ACQUITTAL NOTWITHSTANDING THE VERDICT AND MOTION FOR NEW TRIAL

COMES NOW Defendant Alto Parnell, by and through his undersigned counsel, and respectfully requests a second extension of the deadline for filing a Motion for Judgment of Acquittal Notwithstanding the Verdict and also a Motion for New Trial until and including September 30, 2013. In support hereof, Defendant Parnell states as follows:

1. On September 2, 2013, Defendant Parnell filed his first motion to extend the deadline for filing post-trial motions. (DE 1796) On September 3, 2013 this Court granted that motion and extended the deadlines until September 23, 2013. (DE 1797) On September 3, 2013 the Defendant submitted a request for the transcript of his trial. (DE 1798)

2. The Defendant sought the production of his trial transcript to aid in the preparation of his post-trial motions. As of the date of the submission of this second motion for extension of time he has not received notice that the transcripts are complete.

3. Undersigned counsel is hopeful that extending the filing deadline until and