> **MOTION GRANTED;**
> Deadline extended to November 1, 2013.
>
> *Kevin H. Sharp*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 3:11-cr-00012-22 |
| ) | **Judge Kevin Sharp** |
| ALTO PARNELL ) | |

### *THIRD* MOTION TO EXTEND THE DEADLINE FOR FILING POST-TRIAL MOTION FOR JUDGMENT OF ACQUITTAL NOTWITHSTANDING THE VERDICT AND MOTION FOR NEW TRIAL

COMES NOW Defendant Alto Parnell, by and through his undersigned counsel, and respectfully requests a third extension of the deadline for filing a Motion for Judgment of Acquittal Notwithstanding the Verdict and also a Motion for New Trial until and including November 1, 2013. In support hereof, Defendant Parnell states as follows:

1. On September 2, 2013, Defendant Parnell filed his first motion to extend the deadline for filing post-trial motions. (DE 1796) On September 3, 2013 this Court granted that motion and extended the deadlines until September 23, 2013. (DE 1797) On September 3, 2013 the Defendant submitted a request for the transcript of his trial. (DE 1798)

2. The Defendant seeks the production of his trial transcript to aid in the preparation of his post-trial motions.

3. On September 19, 2013 undersigned counsel was contacted by Official Court Reporter Cathy Leigh concerning the production of the trial transcript in this matter.

4. In that conversation Cathy Leigh informed the undersigned that normally