# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 3:11-cr-00012-22 |
| ) | Judge Kevin Sharp |
| ALTO PARNELL ) | |

### *FOURTH* MOTION TO EXTEND THE DEADLINE FOR FILING POST-TRIAL MOTION FOR JUDGMENT OF ACQUITTAL NOTWITHSTANDING THE VERDICT AND MOTION FOR NEW TRIAL

COMES NOW Defendant Alto Parnell, by and through his undersigned counsel, and respectfully requests a third extension of the deadline for filing a Motion for Judgment of Acquittal Notwithstanding the Verdict and also a Motion for New Trial until and including November 22, 2013. In support hereof, Defendant Parnell states as follows:

1. This Court has granted the Defendant three prior extensions of time to file post-trial motions. These extensions were sought in order to have the benefit of the transcript of trial during this phase of litigation.

2. As of the drafting of this motion the Defendant has received 75 percent of the trial transcripts. The remaining portion of the transcript should be filed by close of business Friday November 1, 2013 but not later than Monday November 4, 2013. The current deadline for submission of Mr. Parnell's post-trial motions is November 1, 2013.

3. The Defendant now seeks to extend the filing dead-line to Friday November 22, 2013. A three week period of time after receipt of the complete transcript will permit adequate time to review the transcripts, prepare the motions and, perhaps most