

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NO. 3:11-cr-00012-22 |
| v. ) | |
| ) | JUDGE SHARP |
| ALTO PARNELL ) | |

**UNITED STATES' REQUEST FOR EXTENSION OF TIME**

Comes now the United States and requests the due date for its response to defendant Alto Parnell's motion for judgment of acquittal or new trial (DE 1935) be extended.

As grounds, the undersigned submits that he is on use or lose leave, but is permitted to work on particular cases or investigations which are urgent. This matter has previously been continued at the request of the defense, and the undersigned had previously coordinated with the defense that the defense would not oppose a motion for extensions of time since the government's response was likely to be due during leave periods if the defense motions for extensions were granted. Defense counsel previously represented that there would be no objection to government extension requests, and has again verified that the defense has no objection to the instant motion.

Therefore, the United States requests that its response be due towards the end of January 2014 since the undersigned is scheduled to be on leave until mid-January. However, if the Court needs a quicker response to manage its docket, the undersigned is able to work on this matter in the interim with supervisory approval, but would request an extension until about the end of December, 2013.