# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | NO. 3:11-cr-00012-22 |
| v. | ) | |
| | ) | JUDGE SHARP |
| ALTO PARNELL | ) | |

## UNITED STATES' REQUEST FOR EXTENSION OF TIME

The United States requests an extension until February 10, 2014 to respond to defendant Alto Parnell's motion for judgment of acquittal or new trial (DE 1935).

This request is due to the undersigned's unanticipated absence from the office. John Cauley, defense counsel for Alto Parnell, has authorized the undersigned to report that he has no objections.

WHEREFORE, the United States respectfully asks that the Court GRANT the government's request for an extension.

Respectfully submitted,

David Rivera
United States Attorney for the
Middle District of Tennessee

s/ *Sunny A.M. Koshy*
SUNNY A.M. KOSHY
Assistant United States Attorney
110 9th Avenue, South
Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615-736-5151