UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF
TENNESSEE

RECEIVED
IN CLERK'S OFFICE
JUN 2 6 2017
U.S. DISTRICT COURT
MID. DIST. TENN.

To: Clerk of Court
From: Alto Parnell III
Re: Dismissal of case no. 3:11-cr-00012-22

Date: 6-21-17

  Enclosed with this instrument is a Surety Bond and a self-addressed envelope requesting a stamped filed copy of both the Surety Bond and this instrument, that is to be deposited on the court to dismiss case no. 3:11-cr-00012-22 for Plaintiff's failure to satisfy jurisdictional requirements necessary for giving the court authority to hear the matter.

  Patently Plaintiff has not been granted court jurisdiction for case no. 3:11-cr-00012-22. Plaintiff has not invoked court's jurisdiction. Judicially speaking a court can only undertake jurisdiction which has been presented by way of Plaintiff's Bill. Plaintiff has not presented to myself, nor to the court any such Bill having all the necessary elements and components as required.

  See for yourself; Plaintiff's charge(s) has no, none, not any statement of jurisdiction for lower court to take into it's possession, issues of case number 3:11-cr-00012-22 charging instrument fails to present equity going to issue of a controversy. So the District Court should have declined to exercise jurisdiction for said matter. Whereas, I will be demostrating to your organization a total lack of authority via other filings.

  See the "Bill" format again. The parties name(s) and address(es) are required. Yet on the Bill the required elements are not offered. Thereby it is absolutely unclear as to what jurisdiction of the court Plaintiff intended to rely on for suit. Absent giving court jurisdiction, there, simply is nothing being prosecuted.

  IN COMMERCE; You are aware, for the field that deficiencies/defects must be corrected, removed, or replaced. By pretext of deficiencies this matter must be removed (i.e. DISMISSED). Presentation before you is of "GOOD FAITH", and must be afforded due process for interest of Liberty.

Lower Court's exercise was completely inappropriate. The Plaintiff did not provide a valid complaint, an address or any other information about the alleged defendant. Thus, the court was not given necessary elements needed to take jurisdiction or to receive it. Therefore case must be dismissed, in TOTAL.

  Absent complaint containing any jurisdiction statute(s). Plaintiff's contract to affect any legal relations, here, has failed to demonstrate any grounds for Federal Jurisdiction in this case or any derivative action(s) for case no. 3:11-cr-00012-22.

The Flaw in this matter is no mere procedural technicality and must be corrected.

Cordially,

## SURETY BOND

There appearing no bond of record to initiate the matter regarding case: 3:11-cr-00012 and associated account(s) in the District Court of Tennessee. In the County of Davidson, I, Alto Parnell III undertake as follows:

In consideration there of that no money of intrinsic value exist in circulation, and in consideration thereof that I have suffered dishonor regarding the matter of case: 3:11-cr-00012 and associated account(s) I underwrite with my exemption any and all obligations sustained by the Plaintiff(s), UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES OF AMERICA, STATE OF TENNESSEE, FEDERAL BUREAU OF PRISON, and the respectful citizens thereof regarding said matter.

If any party in this matter wishes to make a claim on this bond to cover any and all injuries sustained in this matter, one can forward their claim in affidavit form to the below address to Alto Parnell III and their claim will be discharged. Done at McCreary County, Kentucky, this 6-21-17.

Exemption no: 294800948

*[signature]*

c/o U.S.P. McCreary
P.O. Box 3000
Pine Knot, KY 42635

# Certificate of Service

I, Alto Parnell III _____ hereby certify that I have served a true and correct copy of the following: A letter asking for a stamp filed copy of the following 2 documents enclosed.
1) Dismissal of case instrument - (1 of 2)
2) Surety Bond (2 of 2)

which is deemed filed at the time it was delivered to prison authorities for forwarding [Houston v. Lack 101 L.Ed.2d 245 (1988)] upon the defendant(s) and or his/her attorney(s) of record by placing same in a sealed, postage prepaid envelope addressed to:

Court Clerk
Middle District of TN
801 Broadway, Room 800
Nashville, TN 37203

and by depositing same in the United States Mail at the United State Penitentiary, June _____ on this 22nd day of 2017.

Alto Parnell III
(Name)

P.O. Box 3000 USP McCreary
(Address)

Pine Knot, KY 42635
(City, State, Zip)