To: Court Clerk
From: Alto Parnell
Date: 9-5-17
Case No: 3:11-cr-00012-022
Re: 2nd Request for "Subpoena Duces Tecum" Motion of discovery form.

RECEIVED
IN CLERK'S OFFICE
SEP 0 8 2017
U.S. DISTRICT COURT
MID. DIST. TENN.

Dear Clerk,

This is my second request for a "Subpoena Duces Tecum" Motion of discovery form. The Subpoena Duces Tecum is a Federally approved court form and may be filed pre or post trial for discovery purposes and is the primary tool for discovery. Discovery has broad scope. According to Federal Rule 26, which is the model in modern procedural codes, inquiry may be made into any matter of the action including post judgment discovery. Enclosed is a SASE, please file this letter and send me a "Subpoena Duces Tecum" form. The SASE is for you to send me a stamped file copy of this letter and the "Subpoena Duces Tecum".

Thanks for your help in this matter.

Respectfully,
By: Alto Parnell

- The court docket # 2881 shows that I requested a Subpoena duces tecum along with an updated docket sheet, and also reflects that an updated docket was sent.

- If this court deny me the motion of discovery form specifically "Subpoena Duces Tecum" please notify me of the reason why.