UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RECEIVED
IN CLERK'S OFFICE
JAN 07 2019
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN.

TO: Chief Judge Crenshaw

From: Alto Parnell

3:11-CR-00012

Dear Judge,

With this letter is a copy of the letter that I've sent to appointed counsel Isaiah S. Gant. I'm asking the court to make it part of the record, so that if counsel does the opposite of what I've authorized him to do; the record will reflect and be ripe for me to submit a motion to dismiss counsel and for this court to grant it. Furthermore, I respectfully ask you to take judicial notice that I'm willing to proceed pro-se if counsel tries to exclude or remise <u>any</u> of my grounds, issues or arguments that are already on the record from my memorandum of law in support of my §2255 motion. Enclosed is a S.A.S.E., for return of a stamped filed copy of these filed actions.

Date: 1-3-2019

Respectfully Submitted,
Alto Parnell 20488075
USP McCreary
P.O. Box 3000
Pine Knot, KY 42635

# LETTER OF ROGATORY

Mr. Gant,

    I've tried to call you at your office several times on the days you've suggested me to call with no avail; December 26th, 27th and 28th of 2018. Either I get no answer or the secretary tells me that your not available at the moment. It's my understanding that the amended petition shall be filed by January 14th, 2019. If it's better for you to correspond with me via email I can add your email address to corrlincs, but let me know soon as possible.

    I Alto Parnell, as principle instruct and appoint you, Isaiah S. Gant as my fiduciary trustee; in case # 3:18-cv-00987. As petitioner, I've appointed Isaiah S. Gant fiduciary to act for the benefit of petitioner on all matters within the scope of our legal relationship. Isaiah S. Gant owes to petitioner the duties of good faith, trust, due care, loyalty, disclosure and candor. I object to you disregarding or excluding ANY of the issues I've raised on the record. The judge ordered you to file an amended petition. Amend means to change for the better or improve. If you believe you can add arguments and your skill and knowledge to strengthen said issues; I'm willing to consider and review the such. If your not comfortable with representing me on the issues already on the record, I suggest you promptly let me know so that I may proceed pro-se.

Page 1.)

Included is a motion to add supplemental authority and the supplemental authority within, I respectfully ask you to file said motion timely. The supplemental authority is helpful to Ground 2 and Issue 5 of my memorandum in support of my §2255. In particular, <u>United States v. Elder</u>, 900 F.3d 491 (7th Cir. 2018). It was argued May 22nd, 2018 and decided August 15th, 2018 and it substantially corresponds to the arguments therein. I also need a copy of case docket #(s) 1487 and 1440 from the original crim. case #3:11-cr-00012. I need those two transcripts for my files and also to review. Thanks for your time and understanding of these pertinent actions.

Respectfully Submitted,

DATE: 1-3-2019

/s/ [signature]
Alto Parnell 20488075
USP McCreary
P.O. Box 3000
Pine Knot, KY 42635

Page 2.)

# Certificate of Service

I, Alto Parnell_____ hereby certify that I have served a true and correct copy of the following:

1. Letter to Judge Crenshaw
2. Letter of Rogatory to Isaiah S. Gant

which is deemed filed at the time it was delivered to prison authorities for forwarding [Houston v. Lack 101 L.Ed.2d 245 (1988)] upon the defendant(s) and or his/her attorney(s) of record by placing same in a sealed, postage prepaid envelope addressed to :

Court Clerk
801 Broadway Room 800
Nashville, TN 37203

and by depositing same in the United States Mail at the United State Penitentiary, January on this 3rd day of 2019.

Alto Parnell
( Name)

USP McCreary P.O. Box 3000
(Address)

Pine Knot, KY 42635
(City, State, Zip)

⇔20488-075⇔
Alto Parnell
20488075
Unit 6B PO Box 3000
United Statespenitentiary
PINE KNOT, KY 42635
United States


JAN -3 2019
USPS

  

  1000   37203

U.S. POSTAGE PAID
FCM LG ENV
PINE KNOT, KY
42635
JAN 03, 19
AMOUNT
**$0.00**
R2305K140622-01

⇔20488-075⇔
Court Clerk
Middle Dist. Of TN
801 Broadway
Room 800
Nashville, TN 37203
United States

— Legal Mail —

RECEIVED
IN CLERK'S OFFICE
JAN 0 7 2019
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN.