# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 3:11-cr-00012-22 |
| ) | |
| **ALTO PARNELL,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

By Order entered on September 4, 2020, the Court granted in part Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody based on his claim under Lafler v. Cooper, 566 U.S. 156 (2012), and stated that it would resentence Defendant by separate order in his related criminal case. (Doc. No. 3090; see also Case No. 3:18-cv-00987, Doc. No. 51.) Before the Court is the parties' Joint Motion for Imposition of a Reduced Sentence (Doc. No. 3087), requesting the Court to resentence Defendant on Counts 1 and 4 to concurrent sentences of 188 months followed by a 5-year term of supervised release. As part of this motion, the Government also agrees to withdraw the Information Alleging Prior Felony Drug Convictions (21 U.S.C. § 851) (Doc. No. 1487), and Defendant agrees to "wave any appeal of his conviction or sentence or of this resolution and final judgment of his § 2255 motion, and . . . any right to file another motion under . . . § 2255 or any other collateral attack, except to raise a claim of an involuntary plea, prosecutorial misconduct, or ineffective assistance of counsel." (Doc. No. 3087 at 1; see also Doc. No. 3087-1 at 1–2.)

Having considered the parties' joint motion and all of the factors in 18 U.S.C. § 3553(a), the Court agrees with the parties' recommended sentence. Accordingly, the parties' Joint Motion

for Imposition of a Reduced Sentence (Doc. No. 3087) is **GRANTED**. Defendant is hereby **SENTENCED** to **188 MONTHS** on Counts 1 and 4, to be served concurrently, in the custody of the Attorney General, followed by a 5-year term of supervised release under the same conditions previously imposed (see Doc. No. 2405 at 3–4.) The Information Alleging Prior Felony Drug Convictions (21 U.S.C. § 851) (Doc. No. 1487) is **DISMISSED**.

An Amended Judgment will be filed.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE